## Ex parte COOK.
### No. 26683.

Court of Criminal Appeals of Texas.
Oct. 21, 1953.

## TUCKER v. STATE.
### No. 26541.

Court of Criminal Appeals of Texas.
Oct. 28, 1953.

No attorney on appeal, for appellant.

Wesley Dice, State's Atty., Austin, for the State.

WOODLEY, Judge.

This appeal is from an order of a district judge remanding appellant to the custody of the Sheriff of Tarrant County, to be delivered to the custody of agents of the State of Georgia under an executive warrant issued by the Governor of Texas.

The evidence heard by the District Judge is not found in the record, and the executive warrant is sufficient to authorize the extradition.

The judgment is affirmed.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

BELCHER, Commissioner.

Appellant was convicted for the offense of burglary, and his punishment was assessed at two years in the penitentiary.

The indictment and all matters of procedure appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the Court.